**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELVIA WILLIAMS, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>99 CENTS ONLY STORES, LLC,: DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:22-cv-139 |

**DEFENDANT, 99 CENTS ONLY STORES, LLC'S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)**

Defendant, 99 CENTS ONLY STORES, LLC, by its undersigned attorney, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ, of BRANDON | SMERBER LAW FIRM, hereby removes the above-captioned case to the United States District Court, Clark County, Nevada, where the action is now pending, pursuant to 28 USC § 1441(a) and states as follows:

1. The above-entitled action was commenced in the Eighth Judicial District Court, Clark County, State of Nevada on December 17, 2021, bearing Case No. A-21-845580-C. The action is now pending in the Eighth Judicial District Court, Clark County, State of Nevada.

2. Plaintiff filed her initial complaint on or about December 17, 2021. Plaintiff's Complaint fails to state that this case is one which is or has become removable. *See* Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005). Defendant, 99 Cents Only Stores, LLC., filed an Answer to the initial complaint on January 6, 2022.

3. On January 25, 2022, Plaintiff served upon Defendant, 99 Cents Only Stores, LLC, her Petition for Exemption from Arbitration, wherein Plaintiff alleges that she sustained general damages of approximately One Hundred Ninety-Three Thousand Four Hundred Fourteen Thousand Dollars & 00/100 ($193,414.00) with residual pain to her back that radiated down her tailbone and legs. This Notice of Removal was filed timely as it was filed within thirty (30) days of service of the Petition for Exemption from Arbitration served upon 99 Cents Only Stores, LLC, which was the first motion, order or other paper from which it could first be ascertained that this case is one which is or has become removable. *See* 28 U.S.C. 1446(b); Harris, 425 F.3d 689.

4. Pursuant to Fed. R. Civ. P. 6 (a), the last day of the thirty (30) day period set forth under 28 U.S.C. 1446(b) is February 24, 2022. *See* 28 U.S.C. 1446(b); Harris v. Bankers Life & Cas. Co., 425 F.3d 689 (9th Cir. 2005).

5. This action concerns an allegation that the Defendant failed to design, construct, control, supervise, repair and/or maintain the property in a reasonable and safe manner, causing injury to Plaintiff.

6. At the commencement of this action and at the time of the filing of this Notice of Removal, Plaintiff, ELVIA WILLIAMS was, and now is, a citizen of the State of Nevada.

7. At the commencement of this action and at all times herein, Defendant, 99 CENTS ONLY STORES, LLC, was, and now is, a limited liability company duly organized and existing under the laws of the State of California with its principal place of business in California, and therefore, is a citizen of the State of California.

8. Upon information and belief, Plaintiff, ELVIA WILLIAMS' general damages and unknown future medical specials are approximately One Hundred Ninety-Three Thousand Four Hundred Fourteen Thousand Dollars & 00/100 ($193,414.00) with residual pain to her back that radiated down her tailbone and legs. As a result, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

9. The United States District Court for the District of Nevada has original jurisdiction pursuant to 28 U.S.C. § 1332 in that the parties are citizens of different States and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interests and costs.

10. Accordingly, Plaintiff's Complaint is removed pursuant to 28 U.S.C. 1441, which provides that a Defendant may remove a case over which the federal court has original jurisdiction.

11. A copy of all process and pleadings served upon the Defendant is attached hereto as Exhibit "1."

WHEREFORE, Defendant, 99 CENTS ONLY STORES, LLC, a California limited liability company respectfully requests that this action proceed in this Court as an action properly

///

///

///

///

removed to it.

DATED this 26th day of January, 2022.

**BRANDON | SMERBER LAW FIRM**

 /s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I hereby certify that on January 26, 2022, I served the foregoing **DEFENDANT, 99 CENTS STORE ONLY, LLC' S NOTICE OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC § 1441(a)** via the Court's electronic filing and service systems to all parties on the current service list.

**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**AMBER N. KING, ESQ.**
Nevada Bar No. 14070
**BERNSTEIN & POISSON**
700 S. Jones Blvd.
Las Vegas, Nevada 89107
(702) 877-4878
Facsimile: (702) 256-6280
scott@vegashurt.com
amber@vegashurt.com
*Attorneys for Plaintiff,*
*ELVIA WILLIAMS*

 /s/ Bonita Alexander
An Employee of BRANDON | SMERBER LAW FIRM