# EXHIBIT "1"

Electronically Issued
12/17/2021 9:23 AM

**SUMM**
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Amber N. King, Esq.
Nevada Bar No. 14070
**BERNSTEIN & POISSON**
700 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

ELVIA WILLIAMS, an individual,

      Plaintiff,

      v.

99 CENTS ONLY STORES, LLC, DOES 1
through 100; and ROE CORPORATION 101
through 200, inclusive,

      Defendant(s).

CASE NO: A-21-845580-C
Case No.:

Dept. No.: Department 16

**SUMMONS**

99 Cents Only Stores, LLC.

**NOTICE!   YOU HAVE BEEN SUED.   THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD, UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

**TO THE DEFENDANT:**   A civil Complaint has been filed by the Plaintiff against you for the relief set forth in the Complaint.

    1.   If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of the service you must do the following:

    a.   File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court with the appropriate filing fee.

-1-

b.      Serve a copy of your response upon the attorney whose name and address is shown below.

2.      Unless you respond, your default will be entered upon application of the Plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of your money or property, or other relief requested in the Complaint.

3.      If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.      The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an Answer or other responsive pleading to the Complaint.

Issued at the direction of:

STEVEN D. GRIERSON
CLERK OF THE COURT

_/s/ Ryan Kerbow, Esq._
RYAN KERBOW, ESQ.
BERNSTEIN & POISSON
320 S. Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  (702) 256-4566
Facsimile:  (702) 256-6280
Attorney for Plaintiff.

_Robin Rodriguez_        12/20/2021
DEPUTY CLERK              Date
County Courthouse
200 Lewis Avenue
Las Vegas, Nevada 89155
Robyn Rodriguez

**NOTE:**  When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).

-2-

Electronically Filed
12/17/2021 9:23 AM
Steven D. Grierson
CLERK OF THE COURT

1  **COMP**
Scott L. Poisson, Esq.
2  Nevada Bar No. 10188
Amber N. King, Esq.
3  Nevada Bar No. 14070
**BERNSTEIN & POISSON**
4  700 S. Jones Blvd.
Las Vegas, Nevada 89107
5  Telephone: (702) 877-4878
Facsimile: (702) 256-6280
6  *Attorneys for Plaintiff*

CASE NO: A-21-845580-C
Department 16

7

8  **EIGHTH JUDICIAL DISTRICT COURT**

9  **CLARK COUNTY, NEVADA**

ELVIA WILLIAMS, an individual,          Case No.:

10
          Plaintiff,                    Dept. No.:
11
          v.
12
99 CENTS ONLY STORES, LLC,; DOES 1      **COMPLAINT**
13  through 100; and ROE CORPORATION 101
through 200, inclusive,
14
          Defendant(s).
15

16          COMES NOW, the Plaintiff, by and through his counsel of record, BERNSTEIN &

17  POISSON, submits this complaint against Defendants for the foregoing causes of action, and

18  alleges as follows:

19                          **JURISDICTION**

20          1.      Elvia Williams, (hereinafter "Plaintiff") is individual residing in Clark County,

21  Nevada.

22          2.      99 Cents Only Stores, LLC, is a limited liability company, doing business in

23  Clark County, Nevada.

24          3.      DOE and ROE Defendants 1 through 200 are legal entities/residents of Clark

25  County, Nevada, and authorized to do business by the State of Nevada.  Furthermore, said Doe

26  and Roe Defendants were employees, agents, or servants of Defendants in its control and

27

28

Page 1 of 4

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878  FAX: (702) 256-6280

1   functioned and assisted in the operation, control maintenance and/or management of the premise,

2   in which plaintiff was injured, causing damages.

3       4.     The true names and capacities, whether individual, corporate, associate or

4   otherwise of Defendants DOES 1 through 100 and ROE CORPORATIONS 101 through 200,

5   inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names;

6   on information and belief, Plaintiff alleges that the Defendants, and each of them, designated

7   herein as a DOE or ROE CORPORATION were responsible in some manner for the injuries

8   sustained by the Plaintiff resulting from the below stated incident; and is liable for all damages

9   due to Plaintiff as alleged herein.  Plaintiff will ask leave of court to amend this Complaint to

10  insert the true names and capacities when the same is ascertained and to join such Defendants in

11  this action.

12      5.     DOES 1 through 5 are entities responsible for maintaining the property known as

13  99 Cents Only Stores, located at 3258 North Las Vegas Blvd., Las Vegas, NV 89115. DOES 6

14  through 10 are entities or individuals who maintained the floors subject to this incident at the

15  property, 99 Cents Only Stores, located at 3258 North Las Vegas Blvd., Las Vegas, NV 89115.

16  DOES 11 through 15 are the entities or individuals responsible for cleaning the flooring subject

17  to this incident at the property, 99 Cents Only Stores, located at 3258 North Las Vegas Blvd.,

18  Las Vegas, NV 89115. DOES 16 through 20 are entities or individuals responsible for inspection

19  of the flooring subject to this incident at the property, 99 Cents Only Stores, located at 3258

20  North Las Vegas Blvd., Las Vegas, NV 89115.

21                          **CLAIM FOR NEGLIGENCE**

22      6.     Defendants are owners of the property that is subject to this incident, located at 99

23  Cents Only Stores, located at 3258 North Las Vegas Blvd., Las Vegas, NV 89115 (hereinafter

24  "the Property").

25      7.     On January 2, 2020, Elvia Williams was legally on the premise owned and

26  operated by Defendants.

27      8.     While Ms. Williams was walking through the store, she slipped and fell on a

28  banana.

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878  FAX: (702) 256-6280

9.      Defendants were in charge of maintaining the common areas of the Property.

10.     The aisle of the store where Ms. Williams fell was in the common area.

11.      Defendants had a duty to properly maintain the common area and provide an area that was safe for use.

12.     Defendants breached their duty by failing to maintain and provide a clean  floor free from debris.

13.     Defendants, and each of them, had a duty to supervise and maintain said premises in a reasonably safe and suitable condition for its patrons, guests and invitees; and further to take any and all reasonable precautions to avoid the presence of dangerous conditions on or around said premises.

14.     Defendants had a duty to inspect and maintain the common area in a safe and reasonable manner to ensure safe use of floor.

15.     Defendants breached their duty by failing to maintain the floor and ensure its safe use and operation.

16.     Defendants and their employees knew or should have known about the dangerous condition, which caused the injuries to Plaintiff, yet continued to let this condition exist, causing an unreasonable threat to the safety of those on their property, including Plaintiff.

17.     Defendants allowed the dangerous condition to exist for an extended period of time by negligently allowing the floor to be improperly maintained, installed, and safe.

18.     Defendants, and each of them, known and unknown, breached these duties, directly and proximately causing Plaintiff's injuries.

19.     Defendants, despite having actual notice or constructive notice, upon a reasonable inspection of its premises, that a dangerous condition existed.  Defendants, failed to cure the same, enact proper safeguards, or warn of same to prevent serious bodily injury to Plaintiff, all in breach of its duty of due care herein.

20.     Defendant's negligence was the actual and proximate cause of physical injury to Elvia Williams.

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878 FAX: (702) 256-6280

1       21.    Elvia Williams incurred medical expenses, wage loss, loss of household services,

2   pain and suffering, as a result of this incident.

3       22.    This incident caused Plaintiff to suffer severe injuries and damages in an amount

4   in excess of $15,000.00 subject to proof at trial, and Plaintiff will continue to suffer from her

5   injuries in the future.

6   **DEMAND FOR JUDGMENT**

7      **WHEREFORE**, the Plaintiff reserving her right individually or through his

8   representatives, to amend his Complaint prior to, or at the time of trial of this action to insert

9   those items of damage not yet fully ascertainable, pray for judgment against said Defendants, and

10  each of them as follows:

11     1) For General and Special Damages in a sum in excess of $15,000.00;

12     2) For Attorneys' fees and costs of suit incurred herein;

13     3) For interest at the statutory rate; and

14     4) For such other and further relief as the Court may deem just and equitable in the

15       matter.

16     DATED this ___17th___ day of December 17, 2021.

17            Respectfully submitted,

18            **BERNSTEIN & POISSON**

19            */s/ Amber N. King, Esq.*
20            SCOTT L. POISSON, ESQ.
              State Bar No. 010188
21            AMBER N. KING, ESQ.
              State Bar No.14070
22            700 S. Jones Blvd.
              Las Vegas, Nevada 89107
23            (T) (702) 877-4878
              (F) (702) 256-6280
24            Email: amber@vegashurt.com
              *Attorneys for Plaintiff*

25

26

27

28

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878  FAX: (702) 256-6280

Electronically Filed
1/6/2022 10:56 AM
Steven D. Grierson
CLERK OF THE COURT

1   **ANS**
**LEW BRANDON, JR., ESQ.**
2   Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
3   Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
4   Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
5   139 E. Warm Springs Road
Las Vegas, Nevada 89119
6   (702) 380-0007
(702) 380-2964 – *facsimile*
7   *l.brandon@bsnv.law*
*a.guzik@bsnv.law*
8   *h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
9   *99 CENTS ONLY STORES, LLC*
10

11                    **EIGHTH JUDICIAL DISTRICT COURT**
12                         **CLARK COUNTY, NEVADA**

13  ELVIA WILLIAMS, an individual,
14
            Plaintiff,                    CASE NO.:  A-21-845580-C
15                                         DEPT. NO.: 16
    vs.
16
17  99 CENTS ONLY STORES, LLC,:            **DEFENDANT, 99 CENTS ONLY**
    DOES 1 through 100; and ROE           **STORES, LLC'S ANSWER TO**
18  CORPORATION 101 through 200,          **PLAINTIFF'S COMPLAINT**
    inclusive,
19
20          Defendants.

21         COMES NOW, Defendant, 99 CENTS ONLY STORES, LLC, by and through its

22  attorneys, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO GONZALEZ,

23  ESQ., of BRANDON | SMERBER LAW FIRM, and hereby answers Plaintiff's Complaint on file

24  herein as follows:

25         1.   Answering Paragraphs 1, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 14 of Plaintiff's Complaint on

26  file herein, Defendant is without sufficient knowledge or information to form a belief as to the

27  truth or falsity of the said allegations and therefore denies same.

28

BRANDON | SMERBER
LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

2.   Answering Paragraph 2 of Plaintiff's Complaint on file herein, Defendant admits the allegations contained therein.

3.   Answering Paragraphs 12, 13, 15, 16, 17, 18, 20, 21 and 22 of Plaintiff's Complaint on file herein, Defendant denies the allegations contained therein.  Answering Paragraph 19 of Plaintiff's Complaint on file herein, "Defendants, despite having actual notice or constructive notice, upon a reasonable inspection of its premises, that a dangerous condition existed.", Defendant denies the allegations contained therein.  As to "Defendants, failed to cure the same, enact proper safeguards, or ward of same to prevent serious bodily injury to Plaintiff, all in breach of its duty of due care herein", Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the said allegations and therefore denies same.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that at the time and place alleged in Plaintiff's Complaint, Plaintiff did not exercise ordinary care, caution or prudence for the protection of herself and any damages complained of by the Plaintiff in her Complaint, were directly or proximately caused or contributed to by the fault, failure to act, carelessness and negligence of Plaintiff.

### THIRD AFFIRMATIVE DEFENSE

Defendant alleges that the Plaintiff assumed whatever risk or hazard existed at the time of this incident, if any there were, and was therefore responsible for the alleged damage suffered and further that the Plaintiff was guilty of negligence of her own acts which caused or contributed to by the fault, failure to act, carelessness or negligence of Plaintiff.

**BRANDON | SMERBER**
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

### FOURTH AFFIRMATIVE DEFENSE

All the risks and dangers involved in the factual situation described in Plaintiff's Complaint, if any there were, were open, obvious and known to the Plaintiff and by reason thereof, Plaintiff assumed the risks and dangers inherent thereto.

### FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that the negligence of the Plaintiff exceeded that of the Defendant, and that the Plaintiff is thereby barred from recovery.

### SIXTH AFFIRMATIVE DEFENSE

Pursuant to NRCP 11, as amended: All possible affirmative defenses may not have been alleged herein insofar as sufficient facts were not available after reasonable inquiry upon the filing of Defendant's Answer, and therefore, Defendant reserves the right to amend this Answer to allege additional affirmative defenses if subsequent investigation warrants.

### SEVENTH AFFIRMATIVE DEFENSE

The damages sustained by Plaintiff, if any, were caused by the acts of third persons who were not agents, servants or employees of this answering Defendant and who were not acting on behalf of this answering Defendant in any manner or form and as such, this Defendant is not liable in any matter to the Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant at all times relevant to the allegations contained in Plaintiff's Complaint, acted with due care and circumspection in the performance of any and all duties imposed on it.

### NINTH AFFIRMATIVE DEFENSE

That it has been necessary of the Defendant to employ the services of an attorney to defend the action and a reasonable sum should be allowed Defendant for attorney's fees, together with costs of suit incurred herein.

1

### TENTH AFFIRMATIVE DEFENSE

2

Plaintiff has failed to mitigate her alleged damages, and, to the extent of such failure to

3

mitigate any damages awarded to Plaintiff, should be reduced accordingly.

4

### ELEVENTH AFFIRMATIVE DEFENSE

5

Plaintiff's claims are barred by applicable statutes of limitations.

6

### TWELFTH AFFIRMATIVE DEFENSE

7

Defendant objects as to authentication, foundation and genuineness of all of Plaintiff's

8

medical providers and documents listed or presented by Plaintiff.

9

WHEREFORE, Defendant, 99 CENTS ONLY STORES, LLC, prays as follows:

10

1. That Plaintiff take nothing by way of her Complaint on file herein;

11

2. For reasonable attorney's fees and costs of suit incurred herein;

12

3. For such other and further relief as the Court may deem just and proper in the premises.

13

DATED this 6th day of January, 2022.

14

15

16

**BRANDON | SMERBER LAW FIRM**

17

18

*/s/ Lew Brandon, Jr., Esq.*
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 384-8424
(702) 384-6568 - *facsimile*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

19

20

21

22

23

24

25

26
///

27
///

28
///

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

**BRANDON | SMERBER**
LAW FIRM

1

## <u>CERTIFICATE OF SERVICE</u>

2

Pursuant to NRCP 5(b), I hereby certify that on January 6, 2022, I served the foregoing

3

**DEFENDANT 99 CENTS ONLY STORES, LLC'S ANSWER TO PLAINTIFF'S**

4

**COMPLAINT** through the Court's ECF electronic filing system, upon the following:

5

6

**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188

7

**AMBER N. KING, ESQ.**
Nevada Bar No. 14070

8

**BERNSTEIN & POISSON**
700 S. Jones Blvd.

9

Las Vegas, Nevada 89107
(702) 877-4878

10

Facsimile: (702) 256-6280

11

scott@vegashurt.com
amber@vegashurt.com

12

*Attorneys for Plaintiff,*
*ELVIA WILLIAMS*

13

14

_/s/ Bonita Alexander_

15

An Employee of BRANDON | SMERBER LAW FIRM

16

17

18

19

20

21

22

23

24

25

26

27

28

Electronically Filed
1/6/2022 10:56 AM
Steven D. Grierson
CLERK OF THE COURT

**IAFD**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

### EIGHTH JUDICIAL DISTRICT COURT
### CLARK COUNTY, NEVADA

ELVIA WILLIAMS, an individual,

        Plaintiff,

vs.

99 CENTS ONLY STORES, LLC,: DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,

        Defendants.

CASE NO.:  A-21-845580-C
DEPT. NO.: 16

### INITIAL APPEARANCE FEE DISCLOSURE
### (NRS CHAPTER 19)

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

        Defendant, 99 CENTS ONLY STORES, LLC………………………. $223.00

///

///

///

**TOTAL REMITTED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . . . .   $223.00**

DATED this 6th day of January, 2022.

BRANDON | SMERBER LAW FIRM

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

## CERTIFICATE OF SERVICE

Pursuant to Nev. R. Civ. P. 5(b), I certify that on January 6, 2022, I served a true and

correct copy of the foregoing **INITIAL APPEARANCE FEE DISCLOSURE (NRS**

**CHAPTER 19)** through the Court's ECF electronic filing system, upon the following:

**SCOTT L. POISSON, ESQ.**
Nevada Bar No. 10188
**AMBER N. KING, ESQ.**
Nevada Bar No. 14070
**BERNSTEIN & POISSON**
700 S. Jones Blvd.
Las Vegas, Nevada 89107
(702) 877-4878
Facsimile: (702) 256-6280
scott@vegashurt.com
amber@vegashurt.com
*Attorneys for Plaintiff,*
*ELVIA WILLIAMS*

/s/ Bonita Alexander
An Employee of BRANDON | SMERBER LAW FIRM

Electronically Filed
1/6/2022 10:56 AM
Steven D. Grierson
CLERK OF THE COURT

1   **DMJT**
   **LEW BRANDON, JR., ESQ.**
2   Nevada Bar No. 5880
   **ANDREW GUZIK, ESQ.**
3   Nevada Bar No. 12758
   **HOMERO GONZALEZ, ESQ.**
4   Nevada Bar No. 15231
   **BRANDON | SMERBER LAW FIRM**
5   139 E. Warm Springs Road
   Las Vegas, Nevada 89119
6   (702) 380-0007
   (702) 380-2964 – *facsimile*
7   *l.brandon@bsnv.law*
   *a.guzik@bsnv.law*
8   *h.gonzalez@bsnv.law*
   *Attorneys for Defendant,*
9   *99 CENTS ONLY STORES, LLC*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

ELVIA WILLIAMS, an individual,

        Plaintiff,

vs.

99 CENTS ONLY STORES, LLC,;
DOES 1 through 100; and ROE
CORPORATION 101 through 200,
inclusive,

        Defendants.

CASE NO.:  A-21-845580-C
DEPT. NO.: 16

**DEMAND FOR JURY TRIAL**

    COMES NOW, Defendant, 99 CENTS ONLY STORES, LLC, by and through its

attorneys of record, LEW BRANDON, JR., ESQ., ANDREW GUZIK, ESQ., and HOMERO

GONZALEZ, ESQ., of the BRANDON | SMERBER LAW FIRM, and hereby demands a Jury

///

///

///

///

1  Trial in the above-entitled action.

2        DATED this 6th day of January, 2022.

3
                        **BRANDON | SMERBER LAW FIRM**

4
                      */s/ Lew Brandon, Jr., Esq.*

5
                      **LEW BRANDON, JR., ESQ.**
                      Nevada Bar No. 5880

6
                      **ANDREW GUZIK, ESQ.**

7
                      Nevada Bar No. 12758
                      **HOMERO GONZALEZ, ESQ.**

8
                      Nevada Bar No. 15231

9
                      139 East Warm Springs Road
                      Las Vegas, Nevada 89119

10
                      *Attorneys for Defendant,*
                      *99 CENTS ONLY STORES, LLC*

11

12                   **CERTIFICATE OF SERVICE**

13        Pursuant to Nev. R. Civ. P. 5(b), I certify that on January 6, 2022, I served a true and

14  correct copy of the foregoing **DEMAND FOR JURY TRIAL** through the Court's ECF electronic

15  filing system, upon the following:

16
    **SCOTT L. POISSON, ESQ.**

17      Nevada Bar No. 10188
    **AMBER N. KING, ESQ.**

18      Nevada Bar No. 14070
    **BERNSTEIN & POISSON**

19      700 S. Jones Blvd.

20      Las Vegas, Nevada 89107
    (702) 877-4878

21      Facsimile: (702) 256-6280

22      scott@vegashurt.com
    amber@vegashurt.com

23      *Attorneys for Plaintiff,*
    *ELVIA WILLIAMS*

24

25                  */s/ Bonita Alexander*
                An Employee of BRANDON | SMERBER LAW FIRM

26

27

28

BRANDON | SMERBER LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

Electronically Filed
1/6/2022 10:56 AM
Steven D. Grierson
CLERK OF THE COURT

**CSRE**
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*a.guzik@bsnv.law*
*h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

ELVIA WILLIAMS, an individual,

          Plaintiff,

vs.

99 CENTS ONLY STORES, LLC,:
DOES 1 through 100; and ROE
CORPORATION 101 through 200,
inclusive,

          Defendants.

CASE NO.:  A-21-845580-C
DEPT. NO.: 16

**CONSENT TO SERVICE BY**
**ELECTRONIC MEANS**
**THROUGH E-FILING PROGRAM**

      The undersigned parties hereby consent to service of documents by electronic means through the Court's E-filing program on behalf of the following parties: 99 CENTS ONLY STORES, LLC.

      Documents served by electronic means must be transmitted to the following persons at the e-mail addresses listed: l.brandon@bsnv.law; a.guzik@bsnv.law; and h.gonzalez@bsnv.law.

      It is my understanding that the attachments may be transmitted to the program in any format and will be converted to a PDF file before service is effected.

BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

1    The undersigned also acknowledges that this Consent does not require service by

2    electronic means unless the serving party elects to do so.

3    DATED this 6th day of January, 2022.

4

5                                    **BRANDON | SMERBER LAW FIRM**

6                                    */s/ Lew Brandon, Jr., Esq.*
                                     **LEW BRANDON, JR., ESQ.**
7                                    Nevada Bar No. 5880
                                     **ANDREW GUZIK, ESQ.**
8                                    Nevada Bar No. 12758
                                     **HOMERO GONZALEZ, ESQ.**
9                                    Nevada Bar No. 15231
                                     139 East Warm Springs Road
10                                   Las Vegas, Nevada 89119
                                     *Attorneys for Defendant,*
11                                   *99 CENTS ONLY STORES, LLC*

12

13                                   **CERTIFICATE OF SERVICE**

14   Pursuant to Nev. R. Civ. P. 5(b), I certify that on January 6, 2022, I served a true and

15   correct copy of the foregoing **CONSENT TO SERVICE BY ELECTRONIC MEANS**

16   **THROUGH E-FILING PROGRAM** through the Court's ECF electronic filing system, upon

17   the following:

18

19   **SCOTT L. POISSON, ESQ.**
     Nevada Bar No. 10188
20   **AMBER N. KING, ESQ.**
     Nevada Bar No. 14070
21   **BERNSTEIN & POISSON**
     700 S. Jones Blvd.
22   Las Vegas, Nevada 89107
     (702) 877-4878
23   Facsimile: (702) 256-6280
     *scott@vegashurt.com*
24   *amber@vegashurt.com*
     *Attorneys for Plaintiff,*
25   *ELVIA WILLIAMS*

26

27                                   */s/ Bonita Alexander*
                                     An Employee of BRANDON | SMERBER LAW FIRM
28

**BRANDON | SMERBER**
**LAW FIRM**

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007  |  F: 702.380.2964

Page 2 of 2

Electronically Filed
1/6/2022 10:56 AM
Steven D. Grierson
CLERK OF THE COURT

1   **DSST**
    **LEW BRANDON, JR., ESQ.**
2   Nevada Bar No. 5880
    **ANDREW GUZIK, ESQ.**
3   Nevada Bar No. 12758
    **HOMERO GONZALEZ, ESQ.**
4   Nevada Bar No. 15231
    **BRANDON | SMERBER LAW FIRM**
5   139 E. Warm Springs Road
6   Las Vegas, Nevada 89119
    (702) 380-0007
7   (702) 380-2964 – *facsimile*
8   *l.brandon@bsnv.law*
    *a.guzik@bsnv.law*
9   *h.gonzalez@bsnv.law*
    *Attorneys for Defendant,*
10  *99 CENTS ONLY STORES, LLC*

11
                **EIGHTH JUDICIAL DISTRICT COURT**
12                 **CLARK COUNTY, NEVADA**

13
    ELVIA WILLIAMS, an individual,
14
                                              CASE NO.:  A-21-845580-C
15          Plaintiff,                        DEPT. NO.: 16

    vs.
16
17  99 CENTS ONLY STORES, LLC,;
    DOES 1 through 100; and ROE
18  CORPORATION 101 through 200,
    inclusive,
19
20          Defendants.

21          <u>**DISCLOSURE STATEMENT PURSUANT TO NRCP 7.1**</u>

22          The undersigned counsel of record for Defendant, 99 CENTS ONLY STORES LLC,

23  hereby certifies that to their knowledge, Defendant, 99 CENTS ONLY STORES LLC, is a

24  limited liability company with no publicly held company owning ten percent (10%) or more of

25  99 CENTS ONLY STORES LLC.

26
27
28

1   There are no other known interested parties other than those identified.

2   DATED this 6th day of January, 2022.

3                                           **BRANDON | SMERBER LAW FIRM**

4                                           */s/ Lew Brandon, Jr., Esq.*
5                                           **LEW BRANDON, JR., ESQ.**
                                            Nevada Bar No. 5880
6                                           **ANDREW GUZIK, ESQ.**
                                            Nevada Bar No. 12758
7                                           **HOMERO GONZALEZ, ESQ.**
                                            Nevada Bar No. 15231
8                                           139 E. Warm Springs Road
9                                           Las Vegas, Nevada 89119
                                            *Attorneys for Defendant,*
10                                          *99 CENTS ONLY STORES, LLC*

11

12                          **CERTIFICATE OF SERVICE**

13   I hereby certify that on January 6, 2022, I served a copy of the foregoing **DISCLOSURE**

14   **STATEMENT PURSUANT TO NRCP 7.1** through the Court's ECF electronic filing system,

15   upon the following:

16
     **SCOTT L. POISSON, ESQ.**
17   Nevada Bar No. 10188
     **AMBER N. KING, ESQ.**
18   Nevada Bar No. 14070
     **BERNSTEIN & POISSON**
19   700 S. Jones Blvd.
     Las Vegas, Nevada 89107
20   (702) 877-4878
     Facsimile: (702) 256-6280
21   scott@vegashurt.com
     amber@vegashurt.com
22   *Attorneys for Plaintiff,*
     *ELVIA WILLIAMS*
23
24                                          */s/ Bonita Alexander*
25                                          An Employee of BRANDON | SMERBER LAW FIRM
26
27
28

*(left margin, vertical text)* BRANDON | SMERBER LAW FIRM — 139 E. WARM SPRINGS RD. LAS VEGAS, NEVADA 89119 — T: 702.380.0007  |  F: 702.380.2964

Electronically Filed
1/6/2022 10:56 AM
Steven D. Grierson
CLERK OF THE COURT

1  **REQT**
**LEW BRANDON, JR., ESQ.**
2  Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
3  Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
4  Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
5  139 E. Warm Springs Road
Las Vegas, Nevada 89119
6  (702) 380-0007
(702) 380-2964 – *facsimile*
7  *l.brandon@bsnv.law*
*a.guzik@bsnv.law*
8  *h.gonzalez@bsnv.law*
*Attorneys for Defendant,*
9  *99 CENTS ONLY STORES, LLC*
10

11

12                    **EIGHTH JUDICIAL DISTRICT COURT**
                          **CLARK COUNTY, NEVADA**
13

14  ELVIA WILLIAMS, an individual,

15          Plaintiff,                    CASE NO.:  A-21-845580-C
                                          DEPT. NO.: 16
16  vs.

17  99 CENTS ONLY STORES, LLC,:          **NRCP 16.1(a)(1)(C) REQUEST FOR**
DOES 1 through 100; and ROE             **COMPUTATION OF DAMAGES**
18  CORPORATION 101 through 200,         **AND DISCLOSURE OF**
inclusive,                              **SUPPORTING DOCUMENTS AND**
19                                        **NRCP 16.1(a)(1)(A)(iii) REQUEST**
20          Defendants.                   **FOR MEDICAL PROVIDER**
                                          **IDENTITY**
21

22

23          Pursuant to NRCP 16.1(a)(1)(C), Defendant 99 CENTS ONLY STORES, LLC, hereby

24  requests that Plaintiff, ELVIA WILLIAMS, provide within thirty (30) days of this Request,

25  computation of any and all categories of damages claimed by Plaintiff, including making available

26  for inspection and copying as under Rule 34, the documents or other evidentiary matter not

27

28

1  privileged or protected from disclosure on which such computation is based, including materials

2  bearing on the nature and extent of injuries suffered.

3          DATED this 6th day of January, 2022.

4

5                              **BRANDON | SMERBER LAW FIRM**

6          */s/ Lew Brandon, Jr., Esq.*
                              **LEW BRANDON, JR., ESQ.**
7                              Nevada Bar No. 5880
                              **ANDREW GUZIK, ESQ.**
8                              Nevada Bar No. 12758
                              **HOMERO GONZALEZ, ESQ.**
9                              Nevada Bar No. 15231
                              139 East Warm Springs Road
10                             Las Vegas, Nevada 89119
                              *Attorneys for Defendant,*
11                             *99 CENTS ONLY STORES, LLC*

12

13                          **CERTIFICATE OF SERVICE**

14          Pursuant to Nev. R. Civ. P. 5(b), I certify that on January 6, 2022, I served a true and

15  correct copy of the foregoing **NRCP 16.1(a)(1)(C) REQUEST FOR COMPUTATION OF**

16  **DAMAGES AND DISCLOSURE OF SUPPORTING DOCUMENTS AND NRCP**

17  **16.1(a)(1)(A)(iii) REQUEST FOR MEDICAL PROVIDER IDENTITY** through the Court's

18

19  ECF electronic filing system, upon the following:

20          **SCOTT L. POISSON, ESQ.**
            Nevada Bar No. 10188
21          **AMBER N. KING, ESQ.**
            Nevada Bar No. 14070
22          **BERNSTEIN & POISSON**
            700 S. Jones Blvd.
23          Las Vegas, Nevada 89107
            (702) 877-4878
24          Facsimile: (702) 256-6280
            scott@vegashurt.com
25          amber@vegashurt.com
26          *Attorneys for Plaintiff,*
            *ELVIA WILLIAMS*
27
                                        */s/ Bonita Alexander*
28                                      An Employee of BRANDON | SMERBER LAW FIRM

*BRANDON | SMERBER*
*LAW FIRM*

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

Electronically Filed
1/25/2022 12:40 PM
Steven D. Grierson
CLERK OF THE COURT

1 | **RQST**
SCOTT POISSON, ESQ.
2 | Nevada Bar No. 10188
AMBER N. KING, ESQ.
3 | Nevada Bar No. 14070
**BERNSTEIN & POISSON**
4 | 320 South Jones Boulevard
Las Vegas, Nevada 89107
5 | Telephone:(702) 877-4878
*Attorneys for Plaintiff*
6 |

7 |

8 | **EIGHTH JUDICIAL DISTRICT COURT**

9 | **CLARK COUNTY, NEVADA**

10 | ELVIA WILLIAMS, an individual,          Case No.:  A-21-845580-C

11 |              Plaintiff,                         Dept. No.: 16

12 |       v.

13 | 99 CENTS ONLY STORES, LLC.; DOES 1          **REQUEST FOR EXEMPTION FROM**
through 100; and ROE CORPORATION 101          **ARBITRATION**
14 | through 200, inclusive,

15 |              Defendant(s).

16 |

17 |       Plaintiff hereby requests the above entitled matter be exempted from arbitration pursuant

18 | to Nevada Arbitration Rules 3 and 5 as this case:

19 |    1. _____ presents a significant issue of public policy;
   2. ___X___ involves an amount in issue in excess of $50,000.00, exclusive of interest and
20 |       costs;
   3. _____ presents unusual circumstances which constitute good cause for removal from
21 |       the program.

22 |       A summary of the specific facts which supports Plaintiffs' request for exemption is as
23 | follows:
   / / /
24 |    / / /
25 |    / / /
26 |    / / /
27 |    / / /
28 |

Page 1 of 4

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE:(702) 877-4878  FAX: (702) 256-6280

## I.    FACTS

On October 7, 2020, Elvia was lawfully and properly walking at the Defendant's premises when she slipped and fell on a banana on the ground. There was no warning signs or cones cautioning the public of the foreign substance. As a result of the fall, the Plaintiff was injured.

## II.    INJURIES AND MEDICAL TREATMENT

Ms. Williams presented to the Las Vegas Pain Institute with complains of pain to her back that radiated down her tailbone and legs.  She was prescribed prescription medication, referred for further diagnostic studies, and was referred to neurological specialists.

She presented to Las Vegas Neurosurgery where she was recommended and underwnt EMG/NCV studies and was instructed to continue with her physical and chiropractic therapy and her pain management.

With her pain and symptoms failing to subside she returned to Las Vegas Pain institute who recommended she undergo injections and rhiztomoties in an attempt to resolve her pain and symptoms.

As a result of your insured's negligence, our client has had to suffer greatly emotionally and physically. The injuries that she sustained interfered greatly with her responsibilities and overall life enjoyment. Patricia continues to suffer and will have to live with pain for the rest of her life because of your insured's negligence.

A listing of Ms. Williams medical expenses are below:

## III.    MEDICAL SPECIALS

| | |
|---|---|
| Las Vegas Neurosurgery | $    1,010.00 |
| Las Vegas Pain Institute | $  62,737.40 |
| Spring Valley Surgery Center | $ 127,097.60 |
| Las Vegas Neurology Center | $    1,715.00 |
| Steinberg Diagnostics | $       854.00 |
| **TOTAL** | **$ 193,414.00** |

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 877-4878 FAX: (702) 256-6280

IV.   **CONCLUSION**

Defendant has a probable jury award value in excess of $50,000.00, exclusive of interest and costs.  Plaintiffs, therefore, respectfully request that this action be exempted from arbitration.

I hereby certify pursuant to N.R.C.P. 11, that this case is within the exemption marked above and I am aware of the sanctions, which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

DATED this   25th   day of January 2022.

Respectfully submitted,

**BERNSTEIN & POISSON**

/s/ Amber N. King
SCOTT L. POISSON, ESQ.
State Bar No. 10188
AMBER N. KING, ESQ.
State Bar No. 14070
Bernstein and Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*

Page 3 of 4

1

## CERTIFICATE OF SERVICE

2          Pursuant to NRCP 5(b), I certify that I am an employee of BERNSTEIN & POISSON,

3    and that on this ___25th___ day of January 2022, I did cause a true and correct copy of the

4    document entitled: **REQUEST FOR EXEMPTION FOR ARBITRATION** to be served as

5    follows:

6          ☒  Electronic Service pursuant to Rule 9 of the NEFCR (Administrative Order 14-2);
              and/or

7

8          ☐  U.S. Mail—By depositing a true copy thereof in the U.S. mail, first class postage
              prepaid and addressed as listed below; and/or

9          ☐  Facsimile—By facsimile transmission pursuant to EDCR 7.26 to the facsimile
              number(s) shown below and in the confirmation sheet filed herewith.  Consent to
10            service under NRCP 5(b)(2)(D) shall be assumed unless an objection to service by
              facsimile transmission is made in writing and sent to the sender via facsimile within
11            24 hours of receipt of this Certificate of Service; and/or

12   Lew Brandon, Jr., Esq.
     Andrew Guzik, Esq.
13   Homero Gonzalez, Esq.
     Brandon | Smerber Law Firm
14   139 E. Warm Springs Road
     Las Vegas, NV 89119
15   *Attorneys for Defendant*
     *99 Cents Only Stores, LLC.*
16

17                                           _/s/ Sabina Demelas_____
18                                           An employee of Bernstein & Poisson

19

20

21

22

23

24

25

26

27

28