# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELVIA WILLIAMS, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>99 CENTS ONLY STORES, LLC: DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive;<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-00139-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant 99 Cents Only Stores, LLC's response to the order to show cause (ECF No. 6),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand for lack of subject matter jurisdiction at this time.

Dated: February 8, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE