Scott L. Poisson, Esq.
Nevada Bar No.: 10188
Amber N. King, Esq.
Nevada Bar No.: 14070
**BERNSTEIN & POISSON**
700 South Jones
Las Vegas, Nevada 89107
(702) 256-4566
(702) 256-6280 fax
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELVIA WILLIAS, an individual, | Case No.: 2:22-cv-139-APG-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DISCOVERY DEADLINES [SECOND REQUEST]** |
| 99 CENTS ONLY STORES, LLC., and; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendant(s). | |

Plaintiff, Elvia Williams, by and through her counsel of record, the law firm of **Bernstein & Poisson** and Defendant, 99 Cents Only Stores, by and through its attorneys of record, hereby stipulate and request to extend the respective Discovery Deadlines in this case as follows:

**I.    DISCOVERY COMPELTED TO DATE**

All parties have served disclosures of documents and witnesses. All parties have served and responded to interrogatories, requests for production of documents, and request for admissions. The deposition of Plaintiff has been completed.

**DISCOVERY REMAINING**

1. Deposition of Defendant or 30(b)(6)

      2.   Independent Medical Examine of Plaintiff

      3.   Expert Disclosures

## II. THE REASONS WHY THE DISCOVERY REMANINING CANNOT BE COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY ORDER

The parties have diligently been obtaining the necessary discovery in this matter, however, due to the COVID-19 restrictions and delays, some discovery, including depositions of non-party witnesses have not been able to be completed. Accordingly, the parties request a 60-day extension of the discovery deadlines.

## III. CURRENT DEADLINES

1. November 15, 2022 – close of discovery.
2. Closed – final date to amend pleadings and add parties.
3. September 16, 2022 – final date to make expert disclosures.
4. October 17, 2022 – final date to make rebuttal expert disclosures.
5. December 15, 2022 – final date to file dispositive motions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. Proposed Schedule For Completing All Remaining Discovery

1. January 13, 2022 – close of discovery.

2. Closed – final date to amend pleadings and add parties.

3. November 15, 2022 – final date to make expert disclosures.

4. December 16, 2022 – final date to make rebuttal expert disclosures.

5. February 13, 2023 – final date to file dispositive motions.

| | |
|---|---|
| **BERNSTEIN & POISSON** | **PERRY, SPANN, & WESTBROOK, P.C** |
| **DATED: SEPTEMBER 14, 2022** | **DATED: SEPTEMBER 14, 2022** |
| */s/ Amber N. King* | */s/ Lew Brandon, Jr.* |
| Scott L. Poisson, Esq. | Lew Brandon, Jr., Esq. |
| Nevada Bar No.: 10188 | Nevada Bar No. 5880 |
| Amber N. King, Esq. | Andrew Guzik, Esq. |
| Nevada Bar No.: 14070 | Nevada Bar No. 12758 |
| 700 South Jones Blvd., | 139 E. Warm Springs Road |
| Las Vegas, Nevada 89107 | Las Vegas, NV 89119 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

IT IS ORDERED that ECF No. 15 is GRANTED in part and DENIED in part. It is granted in all respects except that the discovery cut off shall be January 13, 202**3**.

**IT IS SO ORDERED**

**DATED:** 1:36 pm, September 19, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# Sabina Damelas

| | |
|---|---|
| **From:** | Andrew Guzik <a.guzik@bsnv.law> |
| **Sent:** | Wednesday, September 14, 2022 11:47 AM |
| **To:** | Sabina Damelas; Amber King |
| **Cc:** | April Rufus; Maybelline Valle; Homero Gonzalez |
| **Subject:** | RE: Elvia Williams v. 99 Cents Only Stores |

You can add my electronic signature to the stipulation. Thanks

ANDREW GUZIK, ESQ.
BRANDON | SMERBER LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
TEL. 702-380-0007
FAX. 702-380-2964


**From:** Maybelline Valle <M.Valle@bsnv.law>
**Sent:** Wednesday, September 14, 2022 9:52 AM
**To:** Andrew Guzik <a.guzik@bsnv.law>; Homero Gonzalez <H.Gonzalez@bsnv.law>
**Cc:** April Rufus <a.rufus@bsnv.law>
**Subject:** FW: Elvia Williams v. 99 Cents Only Stores

Please see attached proposed SAO to Extend Discovery.

Best Regards,

*Maybelline Valle*, Legal Assistant to
Lew Brandon, Jr. Esq.
Andrew Guzik, Esq.
Homero Gonzalez, Esq.
David Spurlock Jr., Esq.
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Rd.
Las Vegas, NV 89119
Tel: 702-380-0007
Fax: 702-380-2964

The information contained in the electronic message is legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brandon│Smerber Law Firm at (702) 380-0007 and permanently delete the communication immediately without making any copy or distribution.

**From:** Sabina Damelas <Sabina@vegashurt.com>
**Sent:** Wednesday, September 14, 2022 9:38 AM
**To:** Maybelline Valle <M.Valle@bsnv.law>
**Cc:** Amber King <amber@vegashurt.com>
**Subject:** FW: Elvia Williams v. 99 Cents Only Stores

1