**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
l.brandon@bsnv.law
a.guzik@bsnv.law
h.gonzalez@bsnv.law
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ELVIA WILLIAMS, an individual,

    Plaintiff,

vs.

99 CENTS ONLY STORES, LLC,: DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,

    Defendants.

CASE NO.: 2:22-cv-139-APG-BNW

### STIPULATION AND ORDER TO DISMISS DEFENDANT 99 CENTS ONLY STORES, LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and HOMERO GONZALEZ, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC, and Plaintiff, ELVIA WILLIAMS, by and through SCOTT L. POISSON, ESQ., and AMBER N. KING, ESQ. of BERNSTEIN & POISSON as follows:

/ / /

/ / /

*Elvia Williams v. 99 Cents Only Stores, LLC*
*Case No. 2:21-cv-139-APG-BNW*

That Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 12th day of December, 2022.       DATED this ___ day of _____, 2022.

**BRANDON | SMERBER LAW FIRM**       **AISEN, GILL, & ASSOCIATES LLP**

*/s/ Lew Brandon, Jr., Esq.*

---
**LEW BRANDON, JR., ESQ.**       **SCOTT L. POISSON, ESQ.**
Nevada Bar No. 5880       Nevada Bar No. 10188
**ANDREW GUZIK, ESQ.**       **AMBER N. KING, ESQ.**
Nevada Bar No. 12758       Nevada Bar No. 14070
**HOMERO GONZALEZ, ESQ.**       700 S. Jones Blvd.
Nevada Bar No. 15231       Las Vegas, Nevada 89107
139 East Warm Springs Road       *Attorneys for Plaintiff,*
Las Vegas, Nevada 89119       *ELVIA WILLIAMS*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

*Elvia Williams v. 99 Cents Only Stores, LLC*
Case No. *2:21-cv-139-APG-BNW*

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 21st day of December, 2022.

**DISTRICT COURT JUDGE**

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**ANDREW GUZIK, ESQ.**
Nevada Bar No. 12758
**HOMERO GONZALEZ, ESQ.**
Nevada Bar No. 15231
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*